1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 02:06-CR-00083 EJG |
| Plaintiff, | ) | ORDER TRANSFERRING CASE TO FRESNO DIVISION PURSUANT TO LOCAL RULE 3-120 |
| v. | ) | |
| FRANCISCO MARRERO FARIAS, | ) | |
| Defendant. | ) | |

The United States of America, by and through McGregor W. Scott, United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, having moved for the transfer of the above-referenced case to the Fresno Division of District, and good cause appearing therefore as the defendant is currently facing criminal charges there in the matter of <u>United States v. Francisco Farias, et. al.</u>, 1:04-CR-5185 OWW in the United States District Court for the Eastern of District of California, Fresno Division;

IT HEREBY ORDERED that this case be transferred to the Fresno Division for further proceedings.

Dated: March __23__, 2006

/s/ Edward J. Garcia
Honorable Edward J. Garcia
United States District Judge

1